PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee
## Report on Offender Under Supervision

Name of Offender: <u>Eric Lynn Carter</u>     Case Number: <u>3:05-00089-01</u>

Name of Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Court Judge</u>

Date of Original Sentence: <u>January 5, 2006</u>

Original Offense: <u>18 U.S.C. §§ 371 and 1343 - Conspiracy to Commit Wire Fraud; and 18 U.S.C. § 1343 and 2 - Wire Fraud</u>

Original Sentence: <u>Forty-Six (46) months' custody; 2 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Supervision Commenced: <u>April 20, 2011</u>

Assistant U.S. Attorney: <u>S. Carren Daughtrey</u>   Defense Attorney: <u>Willam B. Bruce</u>

---

**THE COURT ORDERS:**
☒ No action and the defendant will terminate from supervised release as scheduled on April 19, 2013.
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this <u>16</u> day of <u>April</u>, 2013, and made a part of the records in the above case.

_____
Todd J. Campbell
U. S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Sr. U.S. Probation Officer
Paul Montgomery

Place   Nashville, Tennessee

Date    April 16, 2013

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.　　　　　Nature of Noncompliance

**1.**　　　**The defendant shall not commit a federal, state or local crime.**

    1. On April 1, 2013, Mr. Carter was cited by the Sevierville Police Department, Sevierville, Tennessee, for Driving on a Revoked License; Financial Responsibility; Following too Close; and Drug Paraphernalia. He is scheduled to appear in court on April 22, 2013.

    Mr. Carter admitted to the probation officer that he was driving his mother's vehicle and was involved in an accident after suffering a medical emergency. He denied that the drug paraphernalia found in the vehicle belonged to him. He stated that his brother, who also drives that vehicle, is the likely owner of the drug paraphernalia. Drug screens collected on April 1, 2013, April 8, 2013, and April 12, 2013, were negative for illegal drugs.

    2. Mr. Carter was cited for Driving on a Revoked License by the Metro Nashville Police Department, Nashville, Tennessee, on March 20, 2013. [Previously reported via Petition 12A Filed as Document 154]. **On April 15, 2013, the defendant was found guilty on this charge. He was sentenced to a six month suspended sentence, plus $162.35 in court costs.**

## Compliance with Supervision Conditions and Prior Interventions

Mr. Eric Carter began supervised release on April 20, 2011. The probation officer reviewed the conditions of supervised release with the defendant and provided him a copy of those conditions.

The Court was previously informed via Probation Forms 12A, Report on Offender Under Supervision, filed October 24, 2011, [Document 152]; June 28, 2012, [Docket 153]; and March 25, 2013, [Docket 154] about non-compliant conduct by the defendant. Specifically, the defendant's struggles with substance abuse and the probation officer's efforts to render assistance to address this issue.

In summary, the defendant has continued to receive individual outpatient substance abuse and mental health treatment at Centerstone. Mr. Carter has submitted 16 negative drug screens since December 2012.

Although the defendant has limited income, he has been making an effort to make monthly payments towards his restitution. It is the probation officer's opinion that Mr. Carter has reached maximum benefit of supervised release and should terminate as scheduled on April 19, 2013.

**Recommendation:** The U.S. Probation Office recommends no action be taken against the defendant and that he be allowed to terminate supervision, as scheduled, on April 19, 2013.

The U.S. Attorney's Office has been notified of the defendant's noncompliance.

Approved by: _____
Burton Putman
Supervisory U.S. Probation Officer